AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Gabrel Dereck GARCIA, | ) Case No.  13-8089-DLB |
| aka Derick Jose GARCIA and | ) |
| Derick Jose Estuardo GARCIA-VELASQUEZ, | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 16, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) and (b)(1) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:
see attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2-20-2013

_____
*Judge's signature*

City and state: West Palm Beach, Florida    U.S. Magistrate Judge Dave Lee Brannon
*Printed name and title*

## UNITED STATES v. GABREL DERECK GARCIA
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Gabrel Dereck GARCIA, also known as Derick Jose GARCIA and Derick Jose Estuardo GARCIA-VELASQUEZ committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about February 16, 2013, an individual identifying himself as Derick Jose GARCIA was arrested in Palm Beach County, Florida on charges of larceny-retail theft in two separate cases. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States under alien number A205 503 610.

4. On or about February 18, 2013, your affiant received records from the immigration alien file assigned to Gabrel Dereck GARCIA. Records within alien file

1

assigned to Gabrel Dereck GARCIA show that he is a native and citizen of Guatemala. Records further show that on or about October 30, 2012, Gabrel Dereck GARCIA was ordered removed from the United States. The Order of Removal was executed on or about November 7, 2012, whereby Gabrel Dereck GARCIA was removed from the United States to Guatemala.

5. Additional records obtained by your affiant show that, on or about October 22, 2012, in the in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, State of Florida, Gabrel Dereck GARCIA was convicted of aggravated assault (deadly weapon) in case number 12CF010384A.

6. Town of Palm Beach, Crime Scene Manager Gregory A. Parkinson conducted a fingerprint comparison in this case, which confirmed that the individual encountered on February 16, 2013, that is, Gabrel Dereck GARCIA, was the same person previously encountered by Immigration and Customs Enforcement and subsequently removed on or about November 7, 2012.

7. Your affiant performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Gabrel Dereck GARCIA filed an application for permission to reapply for admission into the United States after deportation or removal. After a diligent search was performed in that database system, no record was found to exist indicating that Gabrel Dereck GARCIA obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law. Certificate of Non-Existence of Record has been requested from Bureau of Citizenship and Immigration Services.

8. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about February 16, 2013, Gabrel Dereck GARCIA, also known as Derick Jose GARCIA and Jose Estuardo GARCIA-VELASQUEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this 20th day of February, 2013.

_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   13-8089-DLB

**UNITED STATES OF AMERICA**

vs.

**Gabrel Dereck GARCIA,
aka Derick Jose GARCIA, and
Derick Jose Estuardo GARCIA-VELASQUEZ,**

       **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   ___ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   ___ Yes  _X_ No

           Respectfully submitted,

           WIFREDO A. FERRER
           UNITED STATES ATTORNEY

BY:  *[signature]*
           Susan R. Osborne
           Assistant United States Attorney
           Court No. A5500797
           500 South Australian Ave, Suite 400
           West Palm Beach, Florida   33410
           TEL (561) 209-1003